JOHN L. CAMPBELL, Respondent, v. CITY OF NEW YORK, Appellant.—

No opinion. Present — Carswell, Johnston, Adel and Close, JJ., Lazansky, P. J., not voting. Settle order on notice.